

# Fourth Court of Appeals
## San Antonio, Texas

June 23, 2016

No. 04-15-00692-CV

John **SHULL**,
Appellant

v.

**WESTOVER CROSSING (SAN ANTONIO) HOMEOWNERS' ASSOCIATION, INC.**;
Spectrum Association Management, LP; and Buck (Delvin) Benson,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-15954
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

After the clerk's and reporter's records had been filed, on March 18, 2016, we determined the appellate record was complete and set the due date for Appellant's brief. Thereafter, Appellant engaged this court in multiple communications regarding requests for a copy of the appellate record and requests to supplement the record.

On May 20, 2016, we granted Appellant's motion for a free copy of the appellate record, and this court mailed Appellant an electronic copy of the record.

In his June 16, 2016 motion to reconsider our earlier orders, Appellant included a copy of his May 25, 2016 letter to the Bexar County District Clerk to supplement the appellate record.

Appellant's motion to reconsider our earlier orders is GRANTED IN PART. We conclude the appellate record is not yet complete; we withdraw the due date for Appellant's brief until the appellate record is complete. *See* TEX. R. APP. P. 38.6(a). After the district clerk certifies and files in this court a supplemental clerk's record that includes the documents requested in Appellant's May 25, 2016 letter, the appellate record will be complete.

This court will consider documents properly included in the appellate record whether in original or supplemental records. *See id.* R. 34.5(c), 34.6(d). Appellant "may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplement containing the omitted item." *Id.* R. 34.5(c); *id.* R. 34.6(d). Upon this court's receipt of the supplemental

clerk's record generated in response to Appellant's May 25, 2016, letter, the appellate record will be complete, and this court will mail Appellant an electronic copy of the supplemental record.

Appellant's brief will be due THIRTY DAYS after the appellate record is complete.

**We caution Appellant that any further requests to supplement the record will not extend the appellate timetable.**

All other relief requested in Appellant's June 16, 2016 motion is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of June, 2016.

_____
Keith E. Hottle
Clerk of Court